UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,                                             Case No. 04-80843

v.                                                          Honorable John Corbett O'Meara

DOUGLAS MICHAEL KORNACKI,

    Defendant.
    _____/

## **ORDER DENYING DEFENDANT'S PRETRIAL MOTIONS**

This matter came before the court on six pretrial motions filed by defendant Douglas Kornacki on August 19, 2005. The government filed response briefs January 13, 2006; and oral argument was heard February 9, 2006.

For the reasons set forth on the record, it is hereby **ORDERED** that the following three motions filed by defendant Kornacki are **DENIED**: Motion to Dismiss Counts 3, 4, 5, and 6; Motion for Severance; and Motion *in Limine* Pursuant to Rule 403.

It is further **ORDERED** that the following two motions filed by defendant Kornacki are **DENIED WITHOUT PREJUDICE**: Motion to Strike Enhanced Penalty Provisions and Motion to Preclude Prior Convictions.

                s/John Corbett O'Meara
                John Corbett O'Meara
                United States District Judge

Dated: February 14, 2006